Kabil Anton DJENASEVIC, Plaintiff–Appellant,

v.

Warden Joe COAKLEY, Defendant–Appellee,

and

Joel Ziegler, Defendant.

No. 15–7017.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 20, 2015.

Decided: Dec. 18, 2015.

Kabil Anton Djenasevic, Appellant Pro Se. John Fulton Gianola, Assistant United States Attorney, Charleston, WV, for Appellee.

Before NIEMEYER, AGEE, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kabil Anton Djenasevic, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we

affirm for the reasons stated by the district court. *Djenasevic v. Coakley*, No. 5:14–cv–04361 (S.D.W.Va. June 29, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*